UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-11335 |
| Sebastian Pallaadino | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Dismissing Case**

It Is Hereby Ordered:

The case is dismissed.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 17, 2018

**Prepared by:**

Glenn Stearns, Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532